DWIGHT B. DEWEY et al., Appellants, *v.* J. BARTON FINN, Respondent.

(Submitted June 17, 1884; decided June 24, 1884.)

*O'Brien, Emerson & Ward* for appellants.

*Thomas F. Kearns* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

In the Matter of the Estate of SARAH BOSTON, deceased.

(Argued June 17, 1884 ; decided June 24, 1884.)

THIS was a motion to set aside a judgment taken on affirmance by default.

The court say : " Under the circumstances of delay and acquiescence which appear in this case, there seems to be no reason for the interference of the court, and the motion should, in both aspects, be denied."

*Franklin Bien* for motion.

*W. W. Culver* opposed.

*Per Curiam* Mem. for denial of motion.
All concur.
Motion denied.